No. 24-2229

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DISABILITY RIGHTS OREGON et al.,
*Plaintiffs-Appellees*,

v.

DAVID BADEN et al.,
*Defendants-Appellees*,

v.

MARION COUNTY
*Proposed Intervenor-Appellant.*

On Appeal from the U.S. District Court for the District of Oregon
Case No. 3:02-cv-00339-AN
Honorable Adrienne Nelson

**APPELLANT'S EXCERPTS OF RECORD INDEX VOLUME**

James Bopp, Jr., Ind. Bar No. 2838-84
Joseph D. Maughon, Va. Bar No. 87799
Taylor C. Shetina, Ind. Bar. No. 37887-45
THE BOPP LAW FIRM, PC
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434

*Counsel for Marion County*

# INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 3** | | | |
| Order (denying Marion County's Second Motion to Intervene) | 04/04/24 | 485 | 2-8 |
| Order (voiding the state court order on Supremacy Clause grounds) | 03/06/24 | 475 | 9-11 |
| Second Amended Order to Implement Neutral Expert's Recommendations | 07/03/23 | 416 | 12-28 |
| [First] Amended Order to Implement Neutral Expert's Recommendations | 05/10/23 | 387 | 29-37 |
| Order to Implement Neutral Expert's Recommendations | 09/01/22 | 271 | 38-41 |
| **VOLUME 2 of 3** | | | |
| Text of Minute Order (striking Marion County's reply supporting the Second Motion to Intervene) | 04/08/24 | 487 | 43 |
| Marion County's reply supporting the Second Motion to Intervene | 04/04/24 | 482 | 44-48 |
| Motion for Expedited Ruling on Marion County's Second Motion to Intervene | 03/29/24 | 479 | 49-50 |

**Appellant's Excerpts of Record Index Volume**     1

| | | | |
|---|---|---|---|
| Marion County's Second Motion to Intervene | 03/29/24 | 478 | 51-63 |
| Exhibit 1 – Attached Notice of Appeal *(Marion County's Second Motion to Intervene)* | 03/29/24 | 478-1 | 64-66 |
| Exhibit 2 – Second Declaration of Ryan Matthews *(Marion County's Second Motion to Intervene)* | 03/29/24 | 478-2 | 67-73 |
| Exhibit 3 – Declaration of Nick Hunter *(Marion County's Second Motion to Intervene)* | 03/29/24 | 478-3 | 74-78 |
| Plaintiffs' Response to Petition for Expedited Ruling on Supremacy Clause Issue | 03/04/24 | 474 | 79-86 |
| *Amici* Judges' Resp. to Pet. for Expedited Ruling on Supremacy Clause Issue | 02/22/24 | 470 | 87-91 |
| Declaration of Erin K. Olson *(in Support of Crime Victims' Motion to Intervene)* | 02/21/24 | 467 | 92-97 |
| Petition for Expedited Ruling on Supremacy Clause Issue | 02/15/24 | 460 | 98-101 |
| Marion County's [first] Notice of Appeal | 07/27/23 | 424 | 102-105 |

| | | | |
|---|---|---|---|
| Notice of Substitution of the Official Capacity OHA Director Defendant | 07/14/23 | 422 | 106-107 |
| Text of Minute Order (denying Marion County's [first] Motion to Intervene) | 06/29/23 | 415 | 108 |
| Declaration of Ryan Matthews *(in Support of Marion County's [first] Motion to Intervene)* | 06/08/23 | 403 | 109-113 |
| Marion County's [First] Motion to Intervene | 06/08/23 | 402 | 114-126 |
| Plaintiffs' Proposed Amendments to September Order regarding Transportation from the State Hospital | 05/09/23 | 382 | 127-130 |
| Text of Minute Order (permitting Marion County to respond to plaintiffs' motion for order requiring Marion County to transport Unfit Defendants) | 03/23/23 | 363 | 131 |
| Motion for Order Requiring Marion County Sheriff's Office to Transport Patients | 03/22/23 | 359 | 132-138 |
| Text of Minute Order (granting Marion County's Motion to Appear as Amicus Curiae) | 08/29/22 | 269 | 139 |
| Neutral Expert Second Report | 08/26/22 | 262-2 | 140-174 |

**Appellant's Excerpts of Record Index Volume**          3

| | | | |
|---|---|---|---|
| Plaintiffs' Supplemental Memorandum in Support of Unopposed Motion for Order to Implement Neutral Expert's Recommendations | 08/26/22 | 260 | 175-191 |
| Motion for Leave to Participate as *Amici Curiae* and Memorandum in Support Thereof | 08/25/22 | 259 | 192-195 |
| Amicus Brief of Marion and Washington Counties | 08/25/22 | 259-1 | 196-199 |
| Plaintiffs' Unopposed Motion for Order to Implement Neutral Expert's Recommendations | 08/15/22 | 252 | 200-213 |
| [Proposed] Order to Implement Neutral Expert's Recommendations | 08/15/22 | 252-1 | 214-218 |
| Order Consolidating Cases and Appointing a Neutral Expert | 12/21/21 | 240 | 219-221 |
| Disability Rights Oregon's Motion to Join and to Supplement Metropolitan Public Defender Services' Motion for a Rule to Show Cause Why the Defendants Should Not Be Held in Contempt | 05/14/19 | 91 | 222-232 |
| Metropolitan Public Defender Services's Motion for Finding of Contempt, to Allow Discovery, and for Expedited Hearing | 05/10/19 | 85 | 233-240 |

**Appellant's Excerpts of Record Index Volume**    4

| Judgment for Plaintiffs | 05/15/02 | 51 | 241-242 |
|---|---|---|---|
| Findings of Fact and Conclusions of Law | 05/10/02 | 47 | 243-256 |
| Reporter's Transcript for 05/06/20 Telephone Oral Argument | 06/05/20 | 169 | 257-310 |
| **VOLUME 3 of 3** | | | |
| Reporter's Transcript for 03/31/23 Oral Argument | 04/10/23 | 372 | 312-352 |
| Reporter's Transcript for 09/06/23 Oral Argument | 09/21/23 | 447 | 353-391 |
| Amended Notice of Appeal for Dkt. No. 485 | 04/12/24 | 489 | 392-394 |
| Amended Notice of Appeal for Dkt. Nos. 475, 416, 387, 271 | 04/12/24 | 488 | 395-397 |
| Notice of Appeal for Dkt. No. 485 | 04/05/24 | 486 | 398-400 |
| Notice of Appeal for Dkt. Nos. 475, 271, 204 | 04/04/24 | 483 | 401-403 |
| Civil Docket for Case No.3:02-cv-00339-AN – United States District Court, District of Oregon (Portland (3)) – *Oregon Advocacy Center et al v. Mink et al.* | as of 06/27/24 | | 404-462 |

**Appellant's Excerpts of Record Index Volume**     5