FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DISABILITY RIGHTS OREGON, fka Oregon Advocacy Center; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> PATRICK ALLEN, Director of the Department of Human Services, in his official capacity and DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity, <br><br> Defendants - Appellees, <br><br> v. <br><br> COUNTY OF MARION, Proposed Intervenor, <br><br> Movant - Appellant. | No. 24-2229 <br><br> D.C. No. 3:02-cv-00339-AN District of Oregon, Portland <br><br> ORDER |

The opening brief submitted by Appellant County of Marion is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant are filed. Within 7 days of this order, Appellant is ordered to file 3 copies of the excerpts in paper format

securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT